In the Matter of the Liquidation of NEW YORK TITLE AND MORTGAGE COMPANY. (Series C-2 and F-1.)

LOUIS H. PINK, Superintendent of Insurance of the State of New York, as Liquidator of New York Title and Mortgage Company, et al., Appellants; COMMITTEE OF STOCK-HOLDERS OF NEW YORK TITLE AND MORTGAGE COMPANY et al. Respondents.

Submitted November 13, 1939; decided November 21, 1939.

*William A. Barber* for motion.

*Samuel Boksenbom* and *William A. Shea* opposed.

Motion granted and appeals dismissed, with costs and ten dollars costs of motion, on the ground the orders are not final.